# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| **SPRINGFIELD, INC. D/B/A SPRINGFIELD ARMORY,** *Plaintiff*, v. **EUROPEAN AMERICAN ARMORY CORP.,** *Defendant*. | Case No. 4:21-cv-04177 |

## UNOPPOSED MOTION
## TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant European American Armory Corp. ("EAA" or "Defendant") respectfully moves to extend the deadline for EAA to answer or otherwise respond to the Complaint until December 20, 2021. Plaintiff Springfield, Inc. d/b/a Springfield Armory ("Springfield" or "Plaintiff") consents to this request. As grounds for this request, Defendant states:

1. Plaintiff filed this lawsuit on October 27, 2021. ECF No. 1.

2. Defendant was served with the Complaint and Summons on October 29, 2021.

3. Defendant's responsive pleading is currently due on November 19, 2021.

4. Defendant requests an extension of 30 days so that it may more fully evaluate the claims in this action and to prepare its response to the Complaint. Plaintiff has agreed to the requested extension and does not oppose this motion for an extension of time to answer or otherwise plead.

5. This request does not affect any dispositive motion deadline because no dispositive motion deadline has been set.

6. This is the first request to extend the responsive pleading deadline.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline to answer or otherwise respond to the Complaint until December 20, 2021.

Dated: November 17, 2021

Respectfully submitted,

By: /s/ Robert D. Leighton

Robert D. Leighton
GOLDBERG KOHN, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312)-201-4000
Robert.leighton@goldbergkohn.com

Stephen C. Thomas (admission to be filed)
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
1901 S. Harbor City Blvd.
Suite 600
Melbourne, FL 32901
(321)-215-0088
Stephen.Thomas@lowndes-law.com

*Attorneys for Defendant European American Armory Corp.*