UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| SPRINGFIELD, INC. D/B/A SPRINGFIELD ARMORY,<br><br>*Plaintiff*,<br><br>v.<br><br>EUROPEAN AMERICAN ARMORY CORP.,<br><br>*Defendant*. | Case No. 4:21-cv-04177 |

## JOINT STATUS REPORT

In response to the Court's June 30, 2022 Order, Plaintiff Springfield Armory, Inc. ("Springfield") and Defendant European American Armory, Corp. ("EAA") wish to notify the Court that the parties completed the first wave of limited jurisdictional discovery. It was unclear to the parties whether that concluded the limited discovery period. Springfield was in the process of reviewing EAA's production and considering whether further discovery would be required to enable it to effectively respond. Springfield does contest EAA's motion to dismiss (Dkt. 10) and plans to file a response.

During the time that Springfield was considering the initial jurisdictional discovery responses provided by EAA, the parties began settlement discussions and those are ongoing. The parties are making progress and appear to be closing in on a complete agreement.

Accordingly, the parties request that this Court allow Springfield until July 30, 2022 to file its response to EAA's motion to dismiss (Dkt. 10) or for the parties to file a stipulation of dismissal.

Dated: July 5, 2022

Respectfully submitted,

By: s/William A. McKenna
Charles J. Meyer
William A. McKenna
Woodard, Emhardt, Henry, Reeves &Wagner LLP
111 Monument Circle, Suite 3700
Indianapolis, IN  46204-5137
Phone: (317) 634-3456
Fax: (317) 637-7561
Email: cjmeyer@uspatent.com
       wmkenna@uspatent.com

*Attorneys for Springfield, Inc. d/b/a Springfield Armory*

By: s/Stephen C. Thomas *(w/ consent)*
Stephen C. Thomas
Florida Bar No. 641006
Lowndes, Drosdick, Doster, Kantor 1901 S. Harbor City Blvd., Suite 600
Melbourne, Florida 32901
Phone: (321) 215-0087
Fax: (407) 843-4444
Email: stephen.thomas@lowndes-law.com
       kara.worland@lowndes-law.com
       patsy.wong@lowndes-law.com
       litcontrol@lowndes-law.com

Robert D. Leighton
GOLDBERG KOHN LTD
Suite 3300
55 E Monroe
Chicago, IL 60603
312-201-4000
Fax: 312-332-2196
Email: robert.leighton@goldbergkohn

*Attorneys for Defendant
European American Armory Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to counsel of record registered with this Court.

       s/William A. McKenna
       William A. McKenna