# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| SPRINGFIELD, INC. D/B/A SPRINGFIELD ARMORY,<br><br>*Plaintiff*,<br><br>v.<br><br>EUROPEAN AMERICAN ARMORY CORP.,<br><br>*Defendant*. | Case No. 4:21-cv-04177 |

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Springfield, Inc. d/b/a Springfield Armory hereby dismisses the above-captioned proceeding against Defendant, European American Armory Corp., with prejudice.

Dated: August 15, 2022

Respectfully submitted,

By: s/William A. McKenna
Charles J. Meyer
William A. McKenna
Woodard, Emhardt, Henry, Reeves &Wagner LLP
111 Monument Circle, Suite 3700
Indianapolis, IN  46204-5137
Phone: (317) 634-3456
Fax: (317) 637-7561
Email: cjmeyer@uspatent.com
      wmkenna@uspatent.com

*Attorneys for Springfield, Inc. d/b/a Springfield Armory*

By: s/Stephen C. Thomas *(w/ consent)*
Stephen C. Thomas
Florida Bar No. 641006
Lowndes, Drosdick, Doster, Kantor 1901 S. Harbor City Blvd., Suite 600
Melbourne, Florida 32901
Phone: (321) 215-0087
Fax: (407) 843-4444
Email: stephen.thomas@lowndes-law.com
      kara.worland@lowndes-law.com
      patsy.wong@lowndes-law.com
      litcontrol@lowndes-law.com

Robert D. Leighton
GOLDBERG KOHN LTD
Suite 3300
55 E Monroe
Chicago, IL 60603
312-201-4000
Fax: 312-332-2196
Email: robert.leighton@goldbergkohn

*Attorneys for Defendant*
*European American Armory Corp.*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to counsel of record registered with this Court.

s/William A. McKenna
William A. McKenna